**Alfredo HONRADA, Petitioner,**

v.

**MERIT SYSTEMS PROTECTION BOARD, Respondent,**

and

**United States Postal Service, Intervenor.**

No. 2009–3076.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2009.

Neil C. Bonney, Bonney, Allenberg & O'Reilly, PC, of Virginia Beach, VA, argued for petitioner.

Bernard E. Doyle, Attorney, Office of the General Counsel, Merit Systems Protection Board, of Washington, DC, argued for respondent. With him on the brief were B. Chad Bungard, General Counsel, and Keisha Dawn Bell, Deputy General Counsel.

Scott T. Palmer, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for intervenor. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Patricia M. McCarthy, Assistant Director.

LOURIE, CLEVENGER and SCHALL, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.